**KATHY A. DOCKERY**
**CHAPTER 13 TRUSTEE**
**700 S. FLOWER ST., SUITE 1950**
**LOS ANGELES, CA 90017**
**PHONE: (213) 996-4400**
**FAX: (213) 996-4426**

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**LOS ANGELES DIVISION**

# NOTICE OF RESCHEDULED HEARING

| IN RE: | CHAPTER 13 |
|---|---|
| Ali Elmezayen | CASE NO.: LA10-37384-EC |
| DEBTOR(S) | **NOTICE OF RESCHEDULED TIME FOR §341(a) MEETING OF CREDITORS** <br><br> DATE: August 6, 2010 <br> TIME  1:30 pm <br> PLACE: ERNST & YOUNG PLAZA <br> 725 S. FIGUEROA ST. ROOM 103 <br> LOS ANGELES, CA 90017 |

**PLEASE TAKE NOTICE THAT the previously scheduled §341(a) MEETING OF CREDITORS will now occur at the time and place listed above.**

**Dated:  7/28/10**

*[signature]*

_____

**Kathy A. Dockery**
**Chapter 13 Trustee**

| | |
|---|---|
| In re: **ALI ELMEZAYEN** | CHAPTER: 13 |
| | CASE NUMBER: **LA10-37384-EC** |

Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
700 S. Flower Street, Suite 1950
Los Angeles, California 90017

A true and correct copy of the foregoing document described as "**NOTICE OF RESCHEDULED TIME FOR §341(a) MEETING OF CREDITORS**", will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On 7/28/10, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

III.   **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 7/28/2010 | Perlita Gozun | *Perlita Gozun* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                                  **F 9013-3.1**

In re: **ALI ELMEZAYEN**

CHAPTER: 13

CASE NUMBER: **LA10-37384-EC**

## Service List

United States Trustee (LA)
725 S Figueroa St., 26th Floor
Los Angeles, CA 90017

Ali Elmezayen
9928 Compton Blvd.
Los Angeles, CA 90002

Aurora Loan Services
Attn: Bankruptcy Dept.
Po Box 1706
Scottsbluff, NE 69363

BAC HOME LOANS SERVICI
450 AMERICAN ST
SIMI VALLEY, CA 93065

BAC Home Loans Servicing
450 American St
Simi Valley, CA 93065

BANK OF AMERICA
4161 PIEDMONT PKWY
GREENSBORO, NC 27410

Bank Of America
Attn: Bankruptcy NC4-105-02-77
Po Box 26012
Greensboro, NC 27410

Bank of America
Attn: Bankruptcy NC4-105-02-99
Po Box 26012
Greensboro, NC 27410

BANK OF AMERICA
PO BOX 17054
Wilmington, DE 19850

BANK OF AMERICA, N A
P O BOX 26012
NC4-105-03-14
GREENSBORO, NC 27420-6012

CHASE
PO BOX 15298
WILMINGTON, DE 19850

DOAN LAW FIRM, LLP
25401 CABOT ROAD, SUITE 119
LAGUNA HILLS, CA 92653

Gregory J Doan
25401 Cabot Rd Ste 119
Laguna Hills, CA 92653

Hsbc Best Buy
Attn: Bankruptcy
Po Box 5263
Carol Stream, IL 60197

Kathy A Dockery
700 S. Flower Street, Suite 1950
Los Angeles, CA 90017

LOS ANGELES COUNTY TREASURER AND TAX COLLECTOR
P O BOX # 54110
LOS ANGELES, CA 90054-0110

| | |
|---|---|
| Property Tax-Los Angeles<br>PO Box 54018<br>Los Angeles, CA 90054 | Tax Collector-San Bernardino<br>172 West Third Street, First Floor<br>San Bernardino, CA 92415 |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009* **F 9013-3.1**